

# Fourth Court of Appeals
## San Antonio, Texas

May 10, 2018

No. 04-18-00224-CV

Andrew L. **GOSS,**
Appellant

v.

Shakia D. **GOSS,**
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-13440
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

By order dated April 17, 2018, this appeal was abated to the trial court for an indigency hearing. On May 9, 2018, the trial court signed an order finding appellant is not indigent and is able to afford the costs of this appeal. It is therefore ORDERED that this appeal is REINSTATED on the docket of this court.

By letter dated April 10, 2018, appellant was instructed to pay the $205.00 filing fee for this appeal. Given the trial court's finding, appellant is ORDERED to show cause in writing within fifteen days of the date of this order that the filing fee has been paid. If appellant fails to respond within the time provided, this appeal will be dismissed for failure to pay the filing fee. *See* TEX. R. APP. P. 5, 42.3(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of May, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court